**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

| | | |
|---|---|---|
| Brian Dubke & Corinna Hahn, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | CASE # 12-30830-KKS |

**ORDER GRANTING MOTION TO DETERMINE SECURED STATUS**
**AND TO STRIP JUNIOR LIEN OF LIZETH OJEDA/BAY CITY INVESTMENTS**
**ON DEBTOR'S PRINCIPAL RESIDENCE (Doc. # 70)**

**THIS MATTER** came on for consideration on the Debtor's Motion to Determine Secured Status and to Strip Junior Lien of Lizeth Ojeda/Bay City Investments on debtor's Principal residence (the "Motion") (Docket No. 70) pursuant to the negative notice provisions of N.D. Fla. LBR 2002-2.B.(3). No party filed an objection within the proscribed time period and the Court considers the matter unopposed.

The real property (the "Real Property") that is the subject of the Motion is located at 440 Peppertree Terrace, Pensacola, FL and is more particularly described in the following legal description:

> LOT 19, BLOCK A, PEPPERMILL FIRST ADDITION, BEING A PORTION OF SECTION 17, TOWNSHIP 2 SOUTH, RANGE 31 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 13 AT PAGE 95 OF THE PUBLIC RECORDS OF SAID COUNTY.

Accordingly, it is

**ORDERED that**:

1.      The Court has jurisdiction over the creditor, Lizeth Ojeda/Bay City Investments and over the property described herein.

2.      The Motion is GRANTED.

3.      The Motion stated that:

No Proof of Claim has been filed by the junior lien holder, Lizeth Ojeda/Bay City Investments.  Lizeth Ojeda/Bay City Investments shall have 60 days from the date of this Order to file an unsecured claim.  Failure to file a claim within this time period will result in the creditor receiving no distribution from the estate, unless an Order is entered to the contrary.

4.      The second mortgage on the Real Property held by Lizeth Ojeda/Bay City Investments, account number 7309, recorded on September 30, 2008, in Book 6381, Page(s) 998, Instrument No. 2008073568 of the official record of Escambia County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this Chapter 13 case, provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of the mortgage lien prior to the entry of the Debtor's discharge.

5.      This order does not prohibit Lizeth Ojeda/Bay City Investments from asserting, at any time prior to the time when the lien is avoided by this order upon entry of the Debtor's discharge, any rights is may have as a defendant in any foreclosure proceeding brought by a senior mortgagee, including the right to claim excess proceeds from any foreclosure sale.  In the event the creditor has an allowed unsecured claim filed in this case, the creditor shall forthwith report the receipts of such proceeds to the Chapter 13 trustee, but in no event later than 60 days after receipt and the creditor shall amend its claim by the total amount

received.  Further, the trustee is authorized to reduce the total allowed unsecured

claim by the amount of the reported proceeds and adjust the pro-rata distribution

to said creditor.

**DONE and ORDERED** on _____January 11, 2013_____.

**KAREN K. SPECIE**
**U.S. Bankruptcy Judge**

Order prepared by Lewis & Jurnovoy
Copies to All Parties In Interest