**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:                                                                CASE NO.: 12-30830-KKS

Brian Leon Dubke
and
Corinna Heidi Hahn
aka Corinna Dubke,

                    Debtor(s)         /

**MOTION FOR RELIEF FROM STAY**
**BY NAVY FEDERAL CREDIT UNION**

**COMES NOW, Navy Federal Credit Union,** and/or its assigns, a secured creditor, by and through its undersigned attorney, respectfully moves this Court, pursuant to 11 U.S.C., Section 362 (d)(1) and (d)(2)A, for relief from stay and as grounds therefor Movant would show:

1. The Debtor(s) have/has filed for protection under Chapter 13 of the Bankruptcy Code on or about June 6, 2012. The Debtor(s) have/has retained possession of the subject real property pursuant to an Order of Stay entered by this Court on or after said date.

2. A copy of the promissory note secured by a mortgage is attached hereto as an Exhibit, encumbering the subject real property situated, lying and being at the City of Pensacola, in the State of Florida, County of Escambia, more specifically described as follows:

**Lot 19, Block A, Peppermill First Addition, being a portion of Sectioni 17, Township 2 South, Range 31 West, Escambia County, Florida, according to plat recorded in Plat Book 13 at page 95 of the Public Records of said County.**

3. Since the filing of the Bankruptcy, Debtor(s) have/has failed to make any post-petition payments due November 1, 2012, and all subsequent payments.

4. The following post-petition payments are delinquent:

See attached Affidavit in Support of Motion.

5. The afore-described account is contractually due for October 1, 2011.

6. Title to the above described real property is presently vested in the Debtor(s). The Debtor(s) have/has listed the property as exempt. Further, Debtor(s) "Chapter 13 Plan" states that the debtor(s) will make the normal monthly payment outside the plan and cure the arrearages through the plan.

7. That by virtue of the failure of the Debtor(s) to make any effort to pay the mortgage encumbering the subject real property, the taxes or insurance, the lien against the subject property is rapidly increasing while at the same time the security collateral of Navy Federal Credit Union, and/or its assigns is deteriorating in condition and decreasing in value causing said creditor's ability to be paid by its security collateral to be continually decreasing and to further reflect its lack of adequate protection.

8. The above-described real property is being used by the Debtor(s) causing depreciation and waste of said property, thereby threatening the value of said creditor's interest in its security collateral. Navy Federal Credit Union, and/or its assigns, does not have and the Debtor(s) havenot offered adequate protection for Movant's interest in the real property securing collateral.

9. Navy Federal Credit Union, and/or its assigns, is entitled to relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and (d)(2)A based on the Debtor(s) failure to make the required post-petition payments. Alternatively, Navy Federal Credit Union, and/or its assigns, is entitled to received adequate protection payments to protect it from the diminution of the value of its interest in the mortgaged property. Such adequate protection payments shall include both a lump sum payment to cure the post-petition arrearage and the resumption of the regular monthly mortgage payments.

WHEREFORE, Navy Federal Credit Union, and/or its assigns, request this Court to enter and Order granting relief from the automatic stay so that it may proceed with foreclosure of the mortgaged property, or alternatively, direct Debtor(s) to provide adequate payments to Navy Federal Credit Union

/s/Sean M. Affleck, Esquire

_____

Sean M. Affleck, Esquire
Butler &  Hosch PA
3185 South Conway Road, Ste E
Orlando, FL 32812
Florida Bar   No: 0060503
Fax No: (407) 381-5577
Attorney for Movant

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by First Class, U.S. Mail, Postage Pre-paid on this 24th day of January, 2013, to the following:

Debtor: Brian Leon Dubke
440 Peppertree Terrace
Pensacola, FL 32506

Debtor: Corinna Heidi Hahn
aka Corinna Dubke
440 Peppertree Terrace
Pensacola, FL 32506

Debtor Attorney: Martin S. Lewis
Lewis & Jurnovoy, P.A.
1100 N Palafox Street
Pensacola, FL 32501

Bankruptcy Trustee: Leigh D. Hart
PO Box 646
Tallahasse, FL 32302

United States Trustee:
110 E Park Avenue
Suite 128
Tallahassee, FL 32301

/s/Sean M. Affleck, Esquire

_____
Sean M. Affleck, Esquire